# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| Evelyn Arthur, *et al.*<br><br>   *Plaintiffs,*<br><br>  v.<br><br>District of Columbia Housing Authority, *et al.*<br>   *Defendants.* | Case No. 1:18-cv-2037 (DLF) |

### CONSENT MOTION TO ENLARGE TIME TO FILE A RESPONSIVE PLEADING

Defendants District of Columbia Housing Authority ("DCHA") and CIH Properties, through counsel, pursuant to Fed. R. Civ. P. 6(b)(1), respectfully ask the Court for an enlargement of time until January 31, 2019, within which to respond to Plaintiffs' complaint. Plaintiffs consent to the relief requested herein.  A memorandum of points and authorities and proposed Order in further support of this motion are attached.

Dated: December 18, 2018    Respectfully submitted,

              ____/s/_____
              Frederick A. Douglas, DC Bar 197897
              **DOUGLAS & BOYKIN PLLC**
              1850 M Street NW, Ste. 640
              Washington, DC 20036
              202.776.0370
              202.776.0975 (fax)
              fadouglas@douglasboykin.com
              *Attorney for District of Columbia Housing Authority*

        ____/s/_____
        Margaret Fonshell Ward (422906)
        Ward & Herzog, LLC
        102 W. Pennsylvania Avenue, Suite 401
        Baltimore, MD 21204
        410-296-1573
        410-296-1576 - f
        mward@wardherzog.com
        *Attorneys for Defendant CIH Properties, Inc.*

## RULE LCvR 7(m) CERTIFICATION

 I hereby certify that on December 18, 2018, Plaintiffs' counsel Rebecca J. Michael stated on behalf of Plaintiffs that she consented to the foregoing motion to enlarge time.


        /s/ Frederick A. Douglas
        _____
        Frederick A. Douglas

**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| Evelyn Arthur, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>District of Columbia Housing Authority, *et al.*<br>*Defendants.* | Case No. 1:18-cv-2037 (DLF) |

**POINTS AND AUTHORITIES IN SUPPORT OF THE CONSENT MOTION**
**TO ENLARGE TIME TO FILE A RESPONSIVE PLEADING**

Defendants District of Columbia Housing Authority ("DCHA") and CIH Properties, through counsel, submit the following memorandum of points and authorities in support of their consent motion for an enlargement of time until January 31, 2019, within which to respond to Plaintiffs' complaint.

1. Defendants' response to the Complaint is currently due on December 18, 2018.
2. Fed. R. Civ. P. 6(b)(1) permits the Court to extend the time to respond for good cause shown.  We submit, good cause exists in this case to grant the requested relief.
3. This is the beginning of the case and the relief sought will not prejudice Plaintiffs.  This is the first request for an enlargement of time.  The enlargement of time is in the interest of the fair administration of justice.  Plaintiffs will not be prejudiced if the Court grants the motion as they consent to the relief requested herein.

Having shown good cause, Defendants respectfully requests an extension up to and including January 31, 2019 to file a responsive pleading to the Complaint.

Dated: December 18, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　Frederick A. Douglas, DC Bar 197897
　　　　　　　　　　　　　　　　　　**DOUGLAS & BOYKIN PLLC**
　　　　　　　　　　　　　　　　　　1850 M Street NW, Ste. 640
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　202.776.0370
　　　　　　　　　　　　　　　　　　202.776.0975 (fax)
　　　　　　　　　　　　　　　　　　fadouglas@douglasboykin.com
　　　　　　　　　　　　　　　　　　*Attorney for District of Columbia Housing Authority*


　　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　Margaret Fonshell Ward (422906)
　　　　　　　　　　　　　　　　　　Ward & Herzog, LLC
　　　　　　　　　　　　　　　　　　102 W. Pennsylvania Avenue, Suite 401
　　　　　　　　　　　　　　　　　　Baltimore, MD 21204
　　　　　　　　　　　　　　　　　　410-296-1573
　　　　　　　　　　　　　　　　　　410-296-1576 - f
　　　　　　　　　　　　　　　　　　mward@wardherzog.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant CIH Properties, Inc.*

# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| Evelyn Arthur, *et al.*<br><br>    *Plaintiffs,*<br><br>    v.<br><br>District of Columbia Housing Authority, *et al.*<br><br>    *Defendants.* | Case No. 1:18-cv-2037 (DLF) |

## PROPOSED ORDER

Upon consideration of the Consent Motion to Enlarge Time, and the entire record herein, it is on this ___ day of _____, 2018, hereby

**ORDERED** that the Motion to Enlarge Time be and hereby is **GRANTED**; and it is further

**ORDERED** that Defendants District of Columbia Housing Authority and CIH Properties shall file their response to the complaint on or before January 31, 2019.

 

                                                                        _____<br>
                                                                        HON. DABNEY L. FRIEDRICH<br>
                                                                        DISTRICT COURT JUDGE