**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EVELYN ARTHUR, *et al.,*<br><br>    *Plaintiffs,*<br><br>  v.<br><br>DISTRICT OF COLUMBIA HOUSING AUTHORITY, *et al.,*<br><br>    *Defendants.* | No. 1:18-cv-2037 (DLF) |

**SIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Evelyn Arthur and Robert Arthur, Sr., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the consent of Defendants District of Columbia Housing Authority and CIH Properties, Inc., by and through their undersigned counsel, hereby dismiss the above action with prejudice.

Date: June 29, 2021

Respectfully submitted,

/s/ *Brian D. Israel*
Brian D. Israel (D.C. Bar No. 471023)
ARNOLD & PORTER KAYE SCHOLER
  LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
E-mail: brian.israel@arnoldporter.com

And

/s/*Arthur B. Spitzer*_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th St. NW, 2nd Floor
Washington, D.C. 20005
Telephone: +1 202.457.0800
E-mail: aspitzer@acludc.org

*Attorneys for Plaintiffs*


                    And


  _/s/ *Frederick A. Douglas*_____
Frederick A. Douglas, DC Bar No. 197897
**DOUGLAS & BOYKIN PLLC**
1850 M Street NW, Ste. 640
Washington, DC 20036
202.776.0370
202.776.0975 (fax)
fadouglas@douglasboykin.com
tpham@douglasboykin.com

*Attorney for District of Columbia Housing
Authority and CIH Properties, Inc.*

2